UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00390

**Todrick Morris,**

*Plaintiff,*

v.

**Lonnie R. Townsend et al.,**

*Defendants.*

# ORDER

Plaintiff Todrick Morris, an inmate confined in the Texas Department of Criminal Justice proceeding pro se, filed this civil-rights action. This case was referred to United States Magistrate Judge John D. Love.

The magistrate judge issued a report recommending that plaintiff's claims against Pam Pace be dismissed with prejudice for the failure to state a claim upon which relief may be granted. Doc. 4. Plaintiff did not object.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's claims against Pam Pace are dismissed with prejudice for the failure to state a claim upon which relief may be granted.

*So ordered by the court on June 2, 2023.*

J. CAMPBELL BARKER
United States District Judge